PETER SZANTO 949 887 2369
P. O. Box 10451
Newport Beach  CA  92658

FILED'12 JUN 7 11:34USDC-ORM

# United States District Court in the District of Oregon

Peter Szanto, an individual,

### Removing Party

## vs.

Victor Szanto, Anthony Szanto,

individuals,

citizens of Oregon,

initiators of litigation,

putative trustees and

beneficiaries of various

Szanto Family Trusts

## and

**(*in rem*) real property
located in Jackson
County, Oregon.**

USDC # 1:12-CV 0500  PA

## NOTICE Of APPEAL

Removing Party, Peter Szanto, hereby and herewith appeals this Court's
ORDER of remand dated 11th of May 2012. Appeal is now taken as to that Order to
the Court of Appeals in and for the 9th Circuit.

DATED  6 June 2012 _____ Peter Szanto

Notice of APPEAL – pg. 1  of  2



## **PROOF of SERVICE**

1.  My name is Susan Szanto, I am over 18 years and not a party to this action.
2.  My business address is P. O. Box 10451, Newport Beach, California 92658.
3.  On June 6, 2012, I placed the within of Appeal into an envelope addressed to Robert Lewin at 43980 Mahlon Vail Circle, #605, Temecula CA  92592.
4.  I sealed that envelope and affixed thereto sufficient first class postage to assure delivery.
5.  I then entrusted said letter to a uniformed member of the United States Postal Service who advised me that delivery would occur on June 4, 2012.
6.  Said mailing was accomplished in Orange County CA, where I am employed.
7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed at Irvine, California June 6, 2012.

